UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JOHN D. DI CIURCIO, ESQ.

Order Filed on April 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NATALIE MERLINO

| | |
|---|---|
| Case No.: | 26-10676 |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | ABA |

## ORDER
## ALLOWING THE 341 MEETING OF CREDITORS TO BE RESCHEDULED

The relief set forth on the following pages, numbered two (2) through _____2_____, is **ORDERED**.

DATED: April 14, 2026

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Debtor :      Natalie  Merlino

Case No:   26-10676

Caption of Order:   Order Allowing the 341 (a) Meeting of Creditors to be rescheduled


This matter having come before the Court by John D. Di Ciurcio, Esquire, Attorney for the Debtor on Debtor's Motion to Allow the 341(a) Meeting of Creditors to be rescheduled and the Court after hearing arguments of counsel; and for good cause having been shown; it is hereby

ORDERED as follows

Within ten (10) days of the date of this Order,

1. Debtor(s) shall  reschedule the 341(a) Meeting of Creditors .

2. In the event Debtors fail to comply with the terms of this Order and/or if Debtors fail to appear at the rescheduled 341(a) Hearing, Debtor's case shall be dismissed immediately upon the filing of a Certification of Noncompliance by the Chapter 13 Trustee.