UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JOHN D. DI CIURCIO, ESQ.

**Order Filed on April 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

NATALIE MERLINO

| | |
|---|---|
| Case No.: | 26-10676 |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | ABA |

## ORDER
## ALLOWING THE 341 MEETING OF CREDITORS TO BE RESCHEDULED

The relief set forth on the following pages, numbered two (2) through _____2_____, is
**ORDERED**.

**DATED: April 14, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Debtor :     Natalie  Merlino

Case No:   26-10676

Caption of Order:   Order Allowing the 341 (a) Meeting of Creditors to be rescheduled


This matter having come before the Court by John D. Di Ciurcio, Esquire, Attorney for the Debtor on Debtor's Motion to Allow the 341(a) Meeting of Creditors to be rescheduled and the Court after hearing arguments of counsel; and for good cause having been shown; it is hereby

ORDERED as follows

Within ten (10) days of the date of this Order,

1. Debtor(s) shall  reschedule the 341(a) Meeting of Creditors .

2. In the event Debtors fail to comply with the terms of this Order and/or if Debtors fail to appear at the rescheduled 341(a) Hearing, Debtor's case shall be dismissed immediately upon the filing of a Certification of Noncompliance by the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-10676-ABA

Natalie M. Merlino                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 14, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Natalie M. Merlino, 103 Cherokee Lane, Absecon, NJ 08201-1713

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| John D. DiCiurcio | on behalf of Debtor Natalie M. Merlino diciurciowmpa@aol.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5