UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
JOHN D DI CIURCIO

In Re:
NATALIE MERLINO

Case No.: 26-10676

Chapter: 13

Adv. No.: ____________

Hearing Date: ____________

Judge: ABA

## CERTIFICATION OF SERVICE

1. I, JOHN D DI CIURCIO :

☒ represent debtor in this matter.

☐ am the secretary/paralegal for ____________, who represents ____________ in this matter.

☐ am the ____________ in this case and am representing myself.

2. On August 31, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
ORDER REGARDING THE AMENDED SCHEDULES A/B, C, D, I AND J

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8-31-2026

/s/ JOHN D. DI CIURCIO
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ANDREW FINBERG, TRUSTEE<br>CHERRY TREE CORPORATE CTR<br>SUITE 580<br>535 ROUTE 38<br>CHERRY HILL, NJ 08002 | TRUSTEE | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| APPLE CARD<br>PO BOX 7247<br>PHILA, PA 19170<br><br>Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CREDITORS | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701<br><br>Discover<br>PO Box 30939<br>Salt Lake City, UT 84130 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JPMCD<br>PO Box 15369<br>Wilmington, DE 19850 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lakeview Loan LLC Mr. Cooper<br>PO Box 60516<br>City of Industry, CA 91716<br><br>MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nationstar Mortgage LLC<br>Asaph Abrams<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| The Home Depot/Citibank<br>PO Box 6497<br>Sioux Falls, SD 57117 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Department of Housing and Urban Development<br>26 Federal Plaza, Suite 3541<br>New York, NY 10278 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St Louis Park, MN 55426-1063 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*